**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ  07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Co-Counsel for Donald V. Biase, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DANIEL M. RISIS,<br><br>           Debtor. | Chapter 7<br><br>Case No. 23-11800 (JKS) |

**CERTIFICATION OF BRIAN BOMS IN SUPPORT OF MOTION TO: (I) APPROVE AND AUTHORIZE PAYMENT OF FEES AND EXPENSES TO McMANIMON, SCOTLAND & BAUMANN, LLC, CO-COUNSEL TO TRUSTEE; (II) AUTHORIZE A MORTGAGE ON ANY AND ALL REAL PROPERTY IN WHICH THE DEBTOR HAS AN INTEREST AND A JUDGMENT LIEN ON ALL OF DEBTOR'S PERSONAL PROPERTY IN FAVOR OF TRUSTEE AND HIS PROFESSIONALS; (III) AUTHORIZE A SURCHARGE AGAINST EQUITABLE SHARE OF MALLARY RISIS IN PROCEEDS OF SALE OF 23 LINDEN AVENUE, WEST ORANGE, NEW JERSEY, AS A RESULT OF DAMAGE CAUSED TO SUCH PROPERTY THAT WAS UNDER M. RISIS'S CUSTODY AND CONTROL; AND (IV) GRANTING SUCH OTHER AND FURTHER RELIEF AS THIS COURT DEEMS JUST AND PROPER**

**BRIAN BOMS,** of full age, certifies as follows:

1.       I am a New Jersey licensed real estate agent and maintain an office at Stack & Stack, LLC ("**Stack**"), 90 Hudson Street, Hoboken, New Jersey 07030.  Stack is the Court-retained real estate broker for Donald V. Biase, Chapter 7 Trustee ("**Trustee**") for Daniel M. Risis, Chapter 7 debtor ("**Debtor**").  Stack was the broker of record for the following properties: 23 Linden Avenue, West Orange, New Jersey ("**West Orange Property**") and 221 Washington Street,

Newark, New Jersey ("**Newark Property**"), owned by Market Street Holdings, LLC ("**Market Street**"), a limited liability company owned by the Debtor pending at Case No. 22-16840 (JKS).

2. The washer and dryer were included in the items included in the sale of the West Orange Property.

3. At the time the West Orange Property was listed for sale, the hardwood floors were not in perfect condition. I noticed the condition of the floors after the West Orange Property was vacated by the Debtor and M. Risis and did not notice any significant change in their condition.

4. I took a video of the home before the sale. The video is a true and accurate representation of the interior of the home. I have the video on my phone and shared it with Anthony Sodono, III. I authorize Mr. Sodono to show the video to the Court if required. The video does not show any damage to the oven nor upon my observation did I see any damage. The outside door to the kitchen was also undamaged. The thermostat was also not removed or damaged.

I hereby certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 1, 2023

By: _____*/s/ Brian Boms*_____
      BRIAN BOMS