Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  23−11800−JKS
                        Chapter:  7
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel M. Risis
   19 Fordham Road
   Livingston, NJ 07039

Social Security No.:
   xxx−xx−6098

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      9/7/23
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Trenk Isabel Siddiqi & Shahdanian P.C., Trustee's Attorney

COMMISSION OR FEES
$247,797.50

EXPENSES
$3,700.52

If this is a chapter 13 case, the fees and expenses awarded:

     ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 4, 2023
JAN:

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11800-JKS |
| Daniel M. Risis | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 04, 2023 | Form ID: 137 | Total Noticed: 101 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel M. Risis, 19 Fordham Road, Livingston, NJ 07039-5520 |
| aty | | McMANIMON, SCOTLAND & BAUMANN, LLC,, 75 Livingston Avenue, Suite 01 Roseland, |
| aty | + | Wade T. Baldwin, LAVERY,SELVAGGI,ABROMITIS & COHEN, 1001 Route 517, Hackettstown, NJ 07840-2730 |
| cr | + | Daniel Negron, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | David Riera, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Donald R. Skelton, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Edwin Ventura, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Gene Coyle & Sons, 175 Broad Street, Phillipsburg, NJ 08865-1208 |
| cr | + | Greenbaum, Rowe Smith & Davis LLP, Att: Nancy Isaacson, Esq., 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3738 |
| cr | + | Harris Palmer, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| intp | + | James R. Solakian, 102 Tuscana Ct., Unit 904, Naples, FL 34119-4762 |
| cr | + | Jayson Michel, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Jesse Leibowitz, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Joel D. Padilla, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Jonathan Zusman, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Joseph E. Tanner, Sr., c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Justin R. Paraboschi, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Marco L. Rodriguez, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Matthew Leff, 947 Lehigh Avenue, Union, NJ 07083-7632 |
| cr | + | Michael Mucci, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Oleg and Irene Neizvestny, Laddey Clark & Ryan, 60 Blue Heron, Suite 300, Sparta, NJ 07871 UNITED STATES 07871-2608 |
| cr | + | Peter Landusco, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | Porzio Bromberg & Newman, P.C., 100 Southgate Parkway, Morristown, NJ 07960-6465 |
| acc | + | Sean Raquet, PO Box 223, Rockaway, NJ 07866-0223 |
| cr | + | Silverman Law PLLC, 4 Terry Terrace, Livingston, NJ 07039-2413 |
| intp | + | Solakian Associates, Inc., c/o Gorski & Knowlton, PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| r | + | Stack and Stack, LLC, 90 Hudson Street, Hoboken, NJ 07030-5675 |
| cr | + | Stacy Pinckney, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| cr | + | USAlliance Federal Credit Union, c/o Margolin, Weinreb & Nierer, LLP, 165 Eileen Way, Suite 101, Syosset, NY 11791-5324 |
| cr | + | Zachary Haynes, c/o McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519874709 | + | A Superior Pool Service, 182 Grove Terrace, Livingston NJ 07039-4113 |
| 519874722 | + | Archer & Greiner P.C., 21 Main St# 353,, Hackensack, NJ 07601-7091 |
| 519917226 | + | Archer & Greiner, P.C., c/o Douglas G. Leney, Esq., 3 Logan Square, 1717 Arch St., Ste. 3500, Philadelphia, PA 19103-2739 |
| 519912695 | + | Bryan Lustig, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519912720 | + | Bryan Lustig, Donald R, Skelton, et al. (Addendum), McLaughlin & Stern, LLP, c/o Chester R. Ostrowski, Esq., 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519874718 | + | Certified, PO Box 1750, Whitehouse Station NJ 08889-1750 |
| 519912701 | + | Daniel Negron, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519912708 | + | David Riera, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519912696 | + | Donald R. Skelton, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519912711 | + | Edwin Ventura, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519874719 | + | Florio Perrucci Steinhardt, Cappelli Tipton & Taylor, LLC, 430 Mountain Ave, Suite 103,, New Providence, NJ 07974-2731 |
| 519912704 | + | Geoffrey Robbins, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519874720 | + | Greenbaum Rowe, 75 Livingston Ave,, Roseland, NJ 07068-3788 |
| 519912700 | + | Harris Palmer, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519912707 | + | Jayson Michel, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |

Case 23-11800-JKS    Doc 397    Filed 08/06/23    Entered 08/07/23 00:13:27    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 137 | Total Noticed: 101 |

| | | |
|---|---|---|
| 519912712 | + | Jesse Leibowitz, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519912697 | + | Joel D. Padilla, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519912698 | + | Jonathan Zusman, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519912705 | + | Joseph E. Tanner, Sr., c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519912709 | + | Justin R. Paraboschi, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519874703 |   | Knight Protective Systems, 9 Fordham Security, PO Box 835 Easton PA 18044 |
| 519874702 | + | Kubtoa Credit Corp, 1000 Kubota Dr,, Grapevine, TX 76051-2334 |
| 519874694 |   | LOCKBOX 6112, PO BOX 7247, PHILADELPHIA, PA 19170-6112 |
| 519874706 | + | Livingston Taxes, 204 Hillside Ave,, Livingston, NJ 07039-3646 |
| 519947519 | + | MORRISTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519912710 | + | Marco L. Rodriguez, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519874712 | + | Margolin & Weinreb Law Group, 165 Eileen Way, Suite 101, Syosset NY 11791-5324 |
| 519886255 | + | Matthew Leff, Christopher P. Gengaro, Esq., 347 Mount Pleasant Avenue, Suite 203, West Orange, NJ 07052-2749 |
| 519874699 |   | Mercedes, P.O. Box 1800 Roanoke,, TX 76262-1800 |
| 519912699 | + | Michael Mucci, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519874714 |   | Michael Steirman, 20 Eagle Rock Avenue Suite, 316 East Hanover, NJ. 07936 |
| 519854533 | + | Mortgage On, 19 Fordham Rd., Livingston, NJ 07039-5520 |
| 519874705 | + | NJ American Water, 1 Water Street, Camden, NJ 08102-1658 |
| 519915246 | + | Nagel Rice LLP, 103 Eisenhower Parkway, Roseland, New Jersey 07068-1031 |
| 519874692 | + | NewRez LLC, Leopold & Associates PLLC, 80 Business Park Drive, Suite 110, Armonk, NY 10504-1704 |
| 519874724 | + | OLeg Niezvestney, Justin Quinn: Ironside Newark, 110 Edison Place, Suite 302, Newark, NJ 07102-4908 |
| 519905499 | + | Oleg Neizvestny, 35 Caruso Place, Armonk, NY 10504-1366 |
| 519874723 | + | PB Financing, Marc Sklar:, 20 Brace Road,, Cherry Hill NJ 08034-2634 |
| 519879138 | + | PB Financing, LLC, c/o Stark & Stark, PC, Attn: Timothy P. Duggan, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 519912703 | + | Peter Landusco, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519926574 | + | Porzio Bromberg & Newman, P.C., c/o Charles J. Stoia, Esq., 100 Southgate Parkway, Morristown, NJ 07960-6465 |
| 519874721 | + | Porzio Bromberg & Newman. P.C, 1 00 Southgate Pkwy,, Morristown, NJ 07960-6465 |
| 519874708 | + | Protection One, PO Box 49292, Wichita KS 67201-9292 |
| 519874691 | + | Shellpoint, Po Box 619063, Dallas, Tx 75261-9063 |
| 519918080 | + | Sills Cummis & Gross P.C., c/o Joshua N. Howley, Esq., 1037 Raymond Boulevard, Newark, NJ 07102-5423 |
| 519912706 | + | Stacy Pinckney, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |
| 519874711 |   | State Farm, PO Box 52265, Phoenix AZ 85072-2265 |
| 519883344 | + | TATIANA GITERMAN, 8 DRIFTWOOD DRIVE, LIVINGSTON, NJ 07039-1424 |
| 519975897 | + | TYMD, LLC, Anthony Mehran, 425 Route 46 West, Fairfield, NJ 07004-1905 |
| 519874713 | + | Township of West Orange, 66 Main Street, West Orange NJ 07052-5404 |
| 519854532 | + | U.S. Alliance, 411 Theodore Fremd Ave., Suite 350, Rye, NY 10580-1482 |
| 519874696 | + | USALLIANCE Financial, PO BOX 4517,, CAROL STREAM, IL 60197-4517 |
| 519912702 | + | Zachary Haynes, c/o Chester R. Ostrowski, Esq., McLaughlin & Stern, LLP, 100 Walnut Avenue, Suite 210, Clark, NJ 07066-1247 |

TOTAL: 83

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2023 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2023 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Aug 04 2023 20:32:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519857398 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2023 20:44:28 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519874701 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 04 2023 20:32:00 | Ally Financial, P.O. Box 380901., Bloomington, MN 55438-0901 |
| 519874697 | + | Email/PDF: bncnotices@becket-lee.com | Aug 04 2023 20:44:58 | American Express, PO Box 96001., Los Angeles, CA 90096-8000 |
| 519874693 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2023 20:43:47 | Citi card, PO Box 9001016, LOUISVILLE, KY |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 137 | Total Noticed: 101 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 40290-1016 |
| 519892008 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2023 20:44:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519874717 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 04 2023 20:33:00 | Credit Collection Services, PO Box 448, Norwood MA 02062-0448 |
| 519912590 | + | Email/Text: RASEBN@raslg.com | Aug 04 2023 20:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519874710 | | Email/Text: NPSBankruptcies@ngic.com | Aug 04 2023 20:33:00 | National General Insurance, PO Box 89431, Cleveland OH 44101 |
| 519874716 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 04 2023 20:32:00 | New Jersey Turnpike Authority, PO Box 4971, Trenton NJ 08650 |
| 519874704 | ^ | MEBN | Aug 04 2023 20:20:55 | PSEG Co, PO Box 14444, New Brunswick NJ 08906-4444 |
| 519874715 | + | Email/Text: clientservicesny@pcbinc.org | Aug 04 2023 20:33:00 | Professional Claims Bureau, PO Box 9060, Hicksville, NY 11802-9060 |
| 519874695 | | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2023 20:44:53 | SYNCHRONY BANK, PO BOX 960013, ORLANDO, FL 32896-0013 |
| 519874690 | + | Email/Text: bankruptcy@usalliance.org | Aug 04 2023 20:32:00 | US Alliance, 411 Theordore Fremd Avenue, Suite 350, Rye, NY 10580-1482 |
| 519874698 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 04 2023 20:33:00 | US Bank, PO Box 5227 CN-OH-W15, Cincinnati OH 45201 |
| 519874700 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 04 2023 20:32:00 | Verizon, P.O. Box 15124., Albany, NY 12212-5124 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AIS Portfolio Services, LLC |
| intp | | Jaime Resnick |
| intp | | Mallary Risis |
| cr | | Upstate Bank, Kathleen Whelehan |
| 519874707 | *+ | Verizon, P.O. Box 15124., Albany, NY 12212-5124 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abraham S. Beinhorn | on behalf of Creditor Washington Street Investment LLC abeinhorn@jntllp.com |
| Allen I Gorski | on behalf of Interested Party Solakian Associates Inc. agorski@gorskiknowlton.com |
| Anthony Sodono, III | on behalf of Trustee Donald V. Biase asodono@msbnj.com |
| Bradley Rice | on behalf of Creditor Nagel Rice LLP brice@nagelrice.com |
| Brett Silverman | on behalf of Creditor Silverman Law PLLC brett@getconciergelaw.com |
| Chester Ostrowski | on behalf of Creditor Donald R. Skelton costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Peter Landusco costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Jesse Leibowitz costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Bryan Lustig costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Jayson Michel costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Michael Mucci costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Edwin Ventura costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Zachary Haynes costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Jonathan Zusman costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Stacy Pinckney costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Daniel Negron costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Justin R. Paraboschi costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Harris Palmer costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Joseph E. Tanner Sr. costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Joel D. Padilla costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor Marco L. Rodriguez costrowski@mclaughlinstern.com |
| Chester Ostrowski | on behalf of Creditor David Riera costrowski@mclaughlinstern.com |
| Christopher Gengaro | on behalf of Creditor Matthew Leff cpg@lentzgengaro.com |
| Daniel N. Zinman | on behalf of Creditor BUPM NJ ASSETS LLC dzinman@kandfllp.com skossar@kandfllp.com;cvalenzuela@kandfllp.com;foreclosure@kandfllp.com |
| David M. Shafkowitz | on behalf of Creditor TYMD LLC dms@shafkowitzlaw.com ls@shafkowitzlaw.com |

Case 23-11800-JKS    Doc 397    Filed 08/06/23    Entered 08/07/23 00:13:27    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 137 | Total Noticed: 101 |

| | |
|---|---|
| Donald V. Biase | dbiase4236@gmail.com  dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Donald V. Biase | on behalf of Trustee Donald V. Biase dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Evan Newman | on behalf of Creditor Washington Street Investment LLC enewman@jntllp.com |
| Joshua Nicholas Howley | on behalf of Creditor Sills Cummis & Gross P.C. jhowley@sillscummis.com  mdelgiudice@sillscummis.com |
| Laura M. Egerman | on behalf of Creditor USB Leasing LT laura.egerman@mccalla.com  bkyecf@rasflaw.com;legerman@raslg.com |
| Matthew Siti | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing msiti@leopoldassociates.com LeopoldAssociatesNJX6426@projects.filevine.com;jmilanese@leopoldassociates.com;sleopold@leopoldassociates.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Nancy Isaacson | on behalf of Creditor Greenbaum Rowe Smith & Davis LLP nisaacson@greenbaumlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor USB Leasing LT phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Richard D. Trenk | on behalf of Plaintiff Donald V. Biase rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Trustee Donald V. Biase rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Robert J. Jeney, Jr. | on behalf of Creditor Gene Coyle & Sons robertjeney@jeneylaw.com  rjjeney@comcast.net |
| Robert S. Roglieri | on behalf of Trustee Donald V. Biase rroglieri@trenkisabel.law  mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Plaintiff Donald V. Biase rroglieri@trenkisabel.law  mmassoud@trenkisabel.law |
| Sari Blair Placona | on behalf of Trustee Donald V. Biase splacona@msbnj.com |
| Seth Weinberg | on behalf of Creditor USAlliance Federal Credit Union seth@nyfclaw.com  andrew@nyfclaw.com |
| Thomas J. White | on behalf of Creditor Oleg and Irene Neizvestny twhite@lcrlaw.com |
| Timothy P. Duggan | on behalf of Creditor PB Financing LLC tduggan@stark-stark.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren J. Martin, Jr. | on behalf of Creditor Porzio Bromberg & Newman  P.C. wjmartin@pbnlaw.com, mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |

TOTAL: 45