# EXHIBIT A

**MikroBank**

Jaime Resnick <jaime@mikrobank.com>

## Re: Introduction Email - Daniel Risis
1 message

**Jaime Resnick <jaime@mikrobank.com>**  Fri, Mar 10, 2023 at 11:13 AM
To: dbiase4236@gmail.com, Daniel Risis <daniel@mikrobank.com>

Please also see the attached certification that Mr. Risis did in fact take the required class and has completed it.

On Fri, Mar 10, 2023 at 9:53AM Jaime Resnick <jaime@mikrobank.com> wrote:
> Good Morning Mr. Baise,
>
> Nice to meet you. My name is Jaime Resnick. I am a mother of 3 children, I live in Livingston NJ and I have over 20 years experience as an assistant/administrator, as well as a property manager.
>
> Over the past 4 years, I have been Daniel's Administrator for his personal and professional life. I will be the conduit working with you and him through this bankruptcy and assisting you to get you everything you may need.
>
> Due to the sensitivity of the bankruptcy and all of his assets I wanted to see if we would be able to meet in person? I will give you a short background in this email and look forward to hearing from you once you have reviewed everything and we can move onto the next step.
>
> Mr. Risis is the victim of theft, fraud and malpractice. He has tried best practices to repair what he can given what people have done to him and taken from him and at this time he needs the help of the US Government to peel back all the layers and see exactly what has happened, why crimes were not investigated, how a domino effect and the blatant disregard for the truth brought us here today.
>
> It is VERY important you understand our filing was not due to "overspending" or poor decisions, but rather the lack of police efforts to investigate multi-million dollar crimes, Daniel Risis is a victim. I am a first hand, eye witness to all this along with dozens of other people you will meet.
>
> I assure you, our only issue is perception versus reality and we are hoping we can clear everything up on a federal level. We are not using bankruptcy as an excuse but rather a legal vehicle to shine a light as to HOW and WHY a 40 year, self made, successful, intelligent and honest man can file for personal bankruptcy all the while maintaining almost 20m in assets all by himself.
>
> We have no hidden information and we want to be as thorough and as clear as possible on the how, the why, the now and the future.
>
> Most urgently we have two major needs;
>
> 1. Cash Levels: Mr. Risis has no cash and needs funds to provide for his family, we would like to know how we can liquidate some of his personal items so that he can pay bills, etc. Due to the cash levels Mr. Risis also cannot afford an attorney so we are relying on the US Trustee as a representative of the US Government to assist us in this case.
>
> 2. Yenta LLC: Yenta LLC is a single asset entity owned by Mr. Risis. The property was sold at Sheriff sale 10 days ago and we need to confirm that a Stay is in place so that a transfer of deed cannot take place. Today is the final day and should a deed be transferred from a company Mr. Risis is 100% shareholder of, it would be a direct violation of everything I learned through the process as we have already been through 3 corporate bankruptcies on Daniel's buildings and all 3 ended up with horrendous results due to lack of transparency and malpractice.
>
> Please let me know when we can all sit down and if you can also send me a list of what is needed, and dates they are due we can all get more comfortable with this process and meet expectations.
>
> Thank you
>
> --
> Jaime Resnick