August 14, 2023



Hon. John K Sherwood

United States District Court, NJ

Martin Luther King Building & U.S Courthouse

50 Walnut Street

Newark, New Jersey 07102

      Re: Docket 23-11800-JKS

Dear Judge Sherwood,

Good morning Your Honor, please accept this letter as my firm opposition to the fees that counsel is requesting be paid by me personally from the funds of the sale of the West Orange property.

After the way that I have been treated it is absurd that now the Trustee is claiming that we caused damages to the property. The property that I, Mallary Risis took care of and maintained during this dreadful horrifying process. It is so obvious that He is trying to strip my family and especially my children from what is left when it was originally promised to be a lot more.

**Broken oven door- $3,292:** The oven door was not broken. To accuse myself or anyone in the home helping me on the day of the move is beyond insulting. I would never cause damage to the home I care so much about. I had the entire kitchen repainted before my husband filed for bankruptcy in hope to sell my home. That is also the cost of an entirely new oven, not the cost of repair.

**Broken Side Door & Window- $8,262:** The side door was not broken. This is completely false. The inside decorative top window needed to be replaced from the time we had lived there. Again, this home was bought as is and a walkthrough was

1

performed. Neither the screen door or inside door needs replacement. Also to mention a $8,262 door is slightly astronomical.

**Attempt to steal generator - $350.00:** The generator was not stolen and is on property. When I was asked to do a personal inventory of items I will take with me, the trustee/ buyers' attorneys claimed it was connected to the home which is false. How can the generator be stolen but also on the property? What is $350 for?

**Locksmith $458.29:** - I was illegally evicted from my own home and the locks were changed. I was not given a key to my own home until after it was recognized that I was 50% owner of the West Orange property this entire time. I would like an explanation as to why I am being charged for a locksmith on a home I am selling, not buying. This is the responsibility and choice of the new homeowner.

**Thermostat/sprinkler dial $385:** This is not a new construction, turn key home. We installed a 20k sprinkler system. Nest thermostats do not come with a home, that is a luxury. New owner needs to purchase a thermostat. The device is part of a personal account. There is a Rachio sprinkler app system that the owner has the option to purchase. Again this is a luxury and something we paid for as homeowners. I can not simply share the account. The entire system remained in the home.

**Junk Removal $850.87:** This was a home bought "as is" and left broom swept, freshly painted walls with no junk or garbage. If anything was removed that was the new owner's choice. I also purchased 2 dumpsters when my husband and I bought this home many years ago. It is part of the buying and moving process.

**AJ Wilner $479.81:** - Hired by the trustee/attorneys to show up hours before allotted move out time to steal my personal property and cause extreme stress and mental trauma.

**Sodono fees for "having to show up" $1,844:** Anthony Sodono lied and claimed that we had until 5pm to move out our personal belongings. My husband and his assistant were on property as well as myself and movers. The West Orange police dept arrived at 3:15pm to arrest my husband and his assistant for defiant trespassing. They were the only two people arrested. Anthony Sodono then

2

showed up after receiving a call from my attorney because of his lies and behavior. After admitting to the police dept that I am allowed on the property he left. I was then forced to move all of our belongings out of my home alone with the movers. This was a set up.

To award a law firm money that broke the law, or take money away that is rightfully mine, is a crime. Not one item that the Trustee asserts above is true. This is simply another way for him to take money away and hurt my family. He has caused enough pain with his games.

My husband, Daniel M. Risis sent a letter to Your Honor's court this morning, and I would like to reiterate my support of him and make it clear to the court that I, Mallary Risis, did not declare bankruptcy. The actions of the attorney's in this courtroom both in front of your eyes and behind your back, have caused a massive amount of strain and strife on both my personal and professional life.

The unrelenting amount of paperwork, motions and emails that continue to go back and forth, even after this case has been dismissed, even on Saturday's, is traumatizing. As I've already stated this only causes stress for me and my children. I received these emails on Saturday when I was trying my best to enjoy time with them. Something that has been extremely difficult for me the past few months.

I have patiently watched as this case has progressed and the downward spiral that was caused by the attorneys. They took my husband and his hard earned assets and destroyed both. My husband, Daniel M. Risis was very clear with the courts and the US Trustee from the beginning of this case. He was in your courtroom due to the crimes committed against him and his request for help from the government to assess these claims and assist him in bringing him Justice. Instead, he was met with the exact opposite of this and has been fighting for his life and our family ever since.

I will not let myself or my husband be taken advantage of and I will not stand by and let the attorneys in this case continue to treat my husband as if he were dead and they are fighting for his last dollars.

3

No matter how many times they try, and how many times they avoid the truth of what happened in West Orange, I will not let them bully me into quick and fast decisions and responses. This is my home, my family, my life, they cannot continue to think they own all parts of it.

The allegations against me and my husband are vicious, they are lies and they show exactly how the lawyers have acted in this case and continue to act after the bankruptcy was dismissed.

Please let me remind this court that we communicated very clearly with counsel regarding the move out of the West Orange property. The day before the move out I suffered an extreme emotional breakdown and was in the hospital for most of the day, furthermore the attacks on my husband and his assistant only hindered the move out process, which was evidenced by their illegal arrest (coordinated by Mr. Sodono himself). Knowing this information the lawyers used everything in their power to pressure and bully me into moving my personal items as fast as possible.

Let us all not forget THEY broke into MY home illegally when they evicted my tenant and his 2 year old son. We haven't discussed the damage that they caused my home, myself and my tenant.

The continued harassment by the attorneys in this case, and the fact that it is obvious they are communicating with each other in the background to attempt more corruption and destruction, should only open your eyes to the reality of what is really going on.

I am respectfully requesting that their motion for fees be denied. I am opposed to any and all fees. I would request that my husband's opposition and adjournment be granted so that we are provided our DUE PROCESS and have ample time and opportunity to protect ourselves.

Respectfully,

*Mallary Risis* (signature)

Mallary Risis